# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SEL MANUFACTURING CO., LTD, | ) | Chapter 15 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | Case No. 19-10988 (MFW) |
| | ) | |

## CERTIFICATE OF SERVICE

I, R. Craig Martin, a partner of the law firm of DLA Piper LLP (US), hereby certify that on May 10, 2019, I caused a true and correct copy of each filing listed below to be served via the method indicated upon the parties listed on the attached service list.

1. Order Scheduling Hearing on Chapter 15 Petition and Chapter 15 Recognition of an Specifying Form and Manner of Service of Notice [D.I. 16]; and

2. Notice of (I) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Indian Proceeding as the Foreign Main Proceeding and (II) Recognition Hearing (the "**Notice**"), which includes:

    a. Exhibit A to Notice – Official Form 401 Petition [D.I. 1] and Verified Petition Under Chapter 15 for Order and Final Decree Granting Recognition of Foreign Main Proceeding and Other Related Relief [D.I. 3],

    b. Exhibit B to Notice – Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief [D.I. 9] and Memorandum of Law in Support of Motion of the Foreign Representative for Chapter 15 Recognition and Final Relief [D.I. 10], and

    c. Exhibit C to Notice – Order Granting Provisional Relief [D.I. 14]

*[The Signature Page Follows]*

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 10, 2019 | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>By: /s/ *R. Craig Martin*<br>R. Craig Martin, Esq.<br>1201 North Market Street, 21st Floor<br>Wilmington, DE 19801<br>Telephone: 302.468.5700<br>Facsimile:  302.778.7834<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Oksana Koltko Rosaluk, Esq.<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Telephone: 312.368.4000<br>Facsimile: 312.236.7516<br>Email:  oksana.koltko@us.dlapiper.com<br><br>*Attorneys for Foreign Representative*<br>*SEL Manufacturing Co., Ltd.* |

# SERVICE LIST

**VIA HAND DELIVERY**
Timothy Jay Fox, Jr.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA HAND DELIVERY**
c/o Ashby & Geddes, P.A.P
Attn: Philip Trainer, Jr.
Aaron P. Sayers
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899

**VIA HAND DELIVERY**
IKEA Purchasing Services (US) Inc.
c/o Corporation Trust Company
Attn: Amy McLean
1209 N. Orange Street
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Sam's East, Inc.
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Walmart Inc.
c/o Tybout, Redfearn & Pell
Attn: David G. Culley
750 Shipyard Drive, Suite 400
Wilmington, Delaware 19801

**VIA FIRST-CLASS MAIL**
Revman International, Inc.
c/o Phillips Nizer LLP
Attn: Donald L. Kreindler
Attn: Jared R. Clark
485 Lexington Avenue, 14th Floor
New York, NY 10017

**VIA FIRST-CLASS MAIL**
Interim Insolvency Professional
Navneet Kumar Gupta
c/o Surendra Raj Gang
GT Restructuring Services LLP
L-41, Connaught Circus
New Delhi, India 110001

**VIA FIRST-CLASS MAIL**
Interim Insolvency Professional
520, 5th Floor, Caddie Commercial Tower
Aerocity
New Delhi, India 110037

**VIA FIRST-CLASS MAIL**
Avanti Linens Inc.
Attn: President
234 Moonachie Road
Moonachie, NJ 07074

**VIA FIRST-CLASS MAIL**
Avanti Linens Inc.
c/o Chiesa Shahinian & Giantomasi PC
Attn: Christopher R. Paldino
One Boland Drive
West Orange, NJ 07052

**VIA FIRST-CLASS MAIL**
Revman International, Inc.
Attn: Officer
350 Fifth Avenue, 70th Floor
New York, NY 10118

**VIA FIRST-CLASS MAIL**
Revman International, Inc.
Attn: Officer
2901 North Blackstock Road
Spartanburg, SC 29301

**VIA FIRST-CLASS MAIL**
Revman International, Inc.
c/o Haynsworth Sinkler Boyd, P.A.
Attn: Robert L. Reibold
1201 Main Street, 22nd Floor
Columbia, SC 29201

**VIA FIRST-CLASS MAIL**
Walmart Inc.
Attn: Wal-Mart Legal Department, Leon Paz
702 Southwest 8th Street (MS 0215)
Bentonville, Arkansas 72716-0215

EAST\166434200.1